People of the State of Illinois, defendant in error, v. Louis Trekaliotis, plaintiff in error. Gen. No. 39,386.

Opinion filed May 10, 1937.

Benjamin Samuels, for plaintiff in error; Edward Wolfe and Sidney M. Glick, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin Starkle Rembe and Blair L. Varnes, Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

People of the State of Illinois, appellee, v. Elmer E. Cowdrey, appellant. Gen. No. 37,580.

Opinion filed May 19, 1937.

Martin Gorski and Paul R. Skala, for appellant; Clyde C. Fisher, of counsel. Thomas J. Courtney, State's Attorney, for appellee; Edward E. Wilson, J. Albert Wolland, Henry E. Seyfarth, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.

Meyer Rothschild et al., appellants, v. American National Bank and Trust Company of Chicago et al., appellees. Gen. No. 38,749.

Opinion filed May 19, 1937.

Shulman, Shulman and Abrams, and Samuel L. Golan, for appellants; Meyer Abrams, of counsel. West & Eckhart and Sonnenschew, Berkson, Lautmann, Levinson & Morse, for appellees.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.